CARL SCHEFER et al., Copartners under the Firm Name of SCHEFER, SCHRAMM & VOGEL, Respondents, *v.* ANDREW B. CARTON et al., Appellants.

*Schefer* v. *Carton*, 145 App. Div. 918, affirmed.
(Submitted January 27, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1911, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury in an action to recover a balance alleged to be due for merchandise sold and delivered.

*I. Gainsburg* for appellants.

*Abram I. Elkus* and *Joseph M. Proskauer* for respondents.

Judgment affirmed, with costs, on authority of *Hadley Falls Nat. Bank* v. *May* (29 Hun, 404; affd., 99 N. Y. 671); no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.